# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| RYAN SLOWIK AND VALERIE SLOWIK, Individually and on behalf of their Minor children, A.S. and T.S., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) No. 3:19-cv-501 |
| KEITH LAMBERT AND SHELLI LAMBERT, | ) |
| Defendants. | ) |

## CONSENT MOTION FOR EXTENSION OF TIME

Come now the Defendants, with the consent of counsel for the Plaintiffs, and move the Court for a thirty day extension of time to and including March 6, 2020, for Defendants to obtain new counsel and comply with this Court's Order Governing Motions to Dismiss [Doc. 4] by meeting and conferring with Plaintiffs' counsel prior to filing a Motion to Dismiss.

In support hereof, Defendants would show that on February 4, 2020 their homeowner's insurance carrier agreed to provide a defense under a reservation of rights. Additional time is needed in order for Defendants to identify and meet their new counsel. An order of substitution of counsel will be forthcoming.

The undersigned is authorized to state Plaintiff's counsel's courteous consent to this motion.

Respectfully submitted this 4th day of February, 2020.

/s David S. Wigler
DAVID S. WIGLER (BPR# 014525)
Knox County Deputy Law Director
400 W. Main Street, Suite 612
Knoxville, TN 37902
(865) 215-2327
Counsel for Shelli Lambert

/s/ Gary Prince
GARY PRINCE (BPR# 010091)
O'NEIL, PARKER & WILLIAMSON, PLLC
7610 Gleason Drive, #200
Knoxville, TN 37919
(865) 546-7190
Counsel for Keith Lambert

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular United States Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

/s/ David S. Wigler
DAVID S. WIGLER (BPR# 014525)