UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RYAN SLOWIK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:19-CV-501-DCLC-DCP |
| ) | |
| KEITH LAMBERT and SHELLI LAMBERT, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Consent Motion for Extension of Time [Doc. 11]. Specifically, Defendants request a thirty-day extension of time, up to and including March 6, 2020, to obtain new counsel and comply with the Court's Order Governing Motions to Dismiss [Doc. 4]. For grounds, Defendants state that their homeowner's insurance carrier agreed to provide a defense under a reservation of rights. Defendants state that additional time is needed in order for them to identify and meet their new counsel. Plaintiffs consent to the Motion.

Accordingly, the Court finds the Consent Motion for Extension of Time [**Doc. 11**] well taken, and it is **GRANTED**. Defendants **SHALL** have until **March 6, 2020**, to obtain new counsel and comply with the Court's Order Governing Motions to Dismiss [Doc. 4].

**IT IS SO ORDERED**.

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge