# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| RYAN SLOWIK AND VALERIE SLOWIK<br>Individually and on behalf of their minor<br>Children, A.S. AND T.S. | * * * * | |
| Plaintiffs | * * | |
| v. | * * | No. 3:19-cv-501 |
| KEITH LAMBERT and SHELLI LAMBERT | * * | |
| Defendants | * | |

## NOTICE OF SERVICE OF OFFER OF JUDGMENT

Comes your Defendant Keith Lambert, by and through counsel, pursuant to Federal Rule of Civil Procedure 68, and provides notice to the Court that an Offer of Judgment was transmitted to the Plaintiffs on this date.

Respectfully submitted, this the 10th day of May 2020.

**KAY|GRIFFIN, PLLC**

By: /s/Matthew J. Evans
Matthew J. Evans    (BPR #017973)
Attorney for Defendant
900 S. Gay Street, Suite 1810
Knoxville, Tennessee   37902
(865) 314-8422
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Service of Offer of Judgment* was filed electronically on May 10, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system and via United States mail to:

> Gregory Brown, Esq.
> Christopher Field, Esq.
> W. Scott Hickerson, Esq.
> Lowe Yeager & Brown, PLLC
> 900 S. Gay Street, Suite 2102
> Knoxville, Tennessee 37902

All other parties will be served by regular United States mail. Parties may access this filing through the Court's electronic filing system.

> /s/ Matthew J. Evans
> Matthew J. Evans