IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RYAN SLOWIK AND VALERIE SLOWIK * | |
| Individually and on behalf of their minor * | |
| Children, A.S. AND T.S. * | |
| * | |
| Plaintiffs * | |
| * | |
| v. * | No. 3:19-cv-501 |
| * | |
| KEITH LAMBERT and SHELLI LAMBERT * | |
| * | |
| Defendants * | |

## NOTICE OF SERVICE OF DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS

The Defendants Keith Lambert and Shelli Lambert give notice that their First Set of Interrogatories and Requests for Production of Documents were served on the Plaintiffs on July 30, 2020.

Respectfully submitted this the 30th day of July 2020.

> By: /s/Matthew J. Evans
> Matthew J. Evans   BPR #017973
> Nina M. Eiler   BPR #033457
> Kay Griffin, PLLC
> 900 S. Gay Street, Suite 1810
> Knoxville, Tennessee  37902
> (865) 314-8422
> *Attorneys for Defendants*
>
> /s/Gary M. Prince
> Gary M. Prince   BPR #010091
> O'Neil Parker & Williamson, PLLC
> 7610 Gleason Drive, Suite 200
> Knoxville, Tennessee  37919
> (865) 546-7190
> *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been properly served via ECF filing upon the following:

Gregory Brown, Esq.
Christopher Field, Esq.
W. Scott Hickerson, Esq.
Lowe Yeager & Brown, PLLC
900 S. Gay Street, Suite 2102
Knoxville, Tennessee 37902

This the 30th day of July 2020.

**KAY GRIFFIN, PLLC**

By: /s/Matthew J. Evans
    Matthew J. Evans