# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| RYAN SLOWIK, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:19-cv-501 |
| KEITH LAMBERT, et al | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Knox County Sheriff's Office, Attention: Mike Ruble, 400 Main Street, Knoxville, TN 37902

*(Name of person to whom this subpoena is directed)*

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Matthew J. Evans, Kay\|Griffin, PLLC, 900 S. Gay Street, Suite 1810, Knoxville, TN 37902 | Date and Time: 10/08/2020 10:00 am |
|---|---|

The deposition will be recorded by this method: _____

☒ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: see the attached Exhibit A

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/23/2020

CLERK OF COURT

OR _____

Signature of Clerk or Deputy Clerk          Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Keith Lambert and Shellie Lambert, who issues or requests this subpoena, are:
Matthew J. Evans, Kay|Griffin, PLLC, 900 S. Gay St., Suite 1810, Knoxville, TN 37902  matthew.evans@kaygriffin.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 3:19-cv-501

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____.

☒ I served the subpoena by delivering a copy to the named individual as follows:
Hillary Martin, Knox Co Sheriff's office on behalf of Mr. Ruble
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Matthew J. Evans
Printed name and title

900 S. Gay St. Suite 1810
Server's address

Additional information regarding attempted service, etc.:

## EXHIBIT A

On or about July 24, 2019, Valerie and Ryan Slowik initiated a complaint with the Knox County Sheriff's Department against Keith Lambert for an incident that occurred at the Slowik resident, 11333 Orvis Lane, Knoxville, Tennessee 37932. Upon information and belief, there are multiple in-car/dashcam videos, body cam videos, and interview audio tapes and/or videos of meetings with the Slowiks (Ryan Slowik, Valerie Slowik, A. Slowik, and T. Slowik) regarding this incident that are maintained by the Knox County Sheriff's Department.

This Subpoena is to obtain the following documents related to the above incident:

1. All **unredacted** in-car/dashcam camera videos related to any encounters between Knox County Sheriff's deputies, the Slowiks and their minor children on or about July 24, 2019 and forward related to the incident described above.

2. All **unredacted** body cam video from July 24, 2019 and forward as they relate to the incident described above.

3. All interview videos and/or audio recordings of any type or nature maintained by the Knox County Sheriff's Department of the Slowiks, their minor children, or any other entity related to the incident described above on or about July 24, 2019 and forward.

4. The complete investigative file of the Knox County Sheriff's Department related to any complaints or charges related to the encounter with Keith Lambert on or about July 24, 2019.

5. Any and all reports created or generated by the Knox County Sheriff's Department related to the incident of July 24, 2019 between the Slowiks and Keith Lambert.