IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RYAN SLOWIK AND VALERIE SLOWIK Individually and on behalf of their minor Children, A.S. AND T.S.<br><br>Plaintiffs<br><br>v.<br><br>KEITH LAMBERT and SHELLI LAMBERT<br><br>Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*  No. 3:19-cv-501<br>*<br>*<br>*<br>* |

## DEFENDANTS' NOTICE OF SERVICE OF FED. R. CIV. P. 26 EXPERT DISCLOSURES

The Defendants, Keith Lambert and Shelli Lambert, provide notice that their Fed. R. Civ. P. 26(a)(2) Expert Disclosures were served on the Plaintiffs on December 15, 2020. It is the Defendants' position that the Plaintiffs' expert report contains numerous opinions that are improper for purposes of expert testimony, and the Defendants intend to file a motion to exclude these opinions. However, in an abundance of caution, the Defendants have addressed these opinions in their expert report.

Respectfully submitted, this the 15th day of December 2020.

By:/s/Matthew J. Evans_____
Matthew J. Evans    BPR #017973
Nina M. Eiler       BPR #033457
Kay|Griffin, PLLC
900 S. Gay Street, Suite 1810
Knoxville, Tennessee  37902
(865) 314-8422
*Attorneys for Defendants*

/s/Gary M. Prince
Gary M. Prince      BPR #010091
O'Neil Parker & Williamson, PLLC
7610 Gleason Drive, Suite 200
Knoxville, Tennessee  37919
(865) 546-7190
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been properly served via ECF Filing upon the following:

Gregory Brown, Esq.
Christopher Field, Esq.
W. Scott Hickerson, Esq.
Alan Rawls, Esq.
Lowe Yeager & Brown, PLLC
900 S. Gay Street, Suite 2102
Knoxville, Tennessee  37902

This the 15th day of December 2020.

**KAYGRIFFIN, PLLC**

By:/s/Matthew J. Evans
Matthew J. Evans