UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| RYAN SLOWIK,<br>VALERIE SLOWIK,<br><br>        Plaintiffs,<br><br>vs.<br><br>KEITH LAMBERT,<br>SHELLI LAMBERT,<br><br>        Defendants. | 3:19-CV-00501-DCLC |

**ORDER**

The Parties have filed a Joint Motion for Continuance [Doc. 41] asking the Court to extend all current deadlines and continue the trial date in this matter due to delays in completing discovery associated with the COVID-19 pandemic. The Parties anticipate having all discovery completed by June 1, 2021. The trial is currently set for August 17, 2021. This is the first request by either party for a continuance.

The Court finds this motion well taken. The trial in this matter is hereby **CONTINUED to January 18, 2022 at 9:00 a.m**. The final pretrial conference will be held on **January 4, 2022 at 10:00 a.m.** All other key deadlines are set forth below:

| Important Scheduling Dates | |
|---|---|
| Trial Date | **Tuesday, January 18, 2022 at 9:00 a.m.** |
| Estimated Length of Trial | **4 days** |
| Final Pretrial Conference | **Tuesday, January 4, 2022 at 10:00 a.m.** |
| Non-dispositive Motions Due | **Motions: October 18, 2021**<br>**Responses: November 1, 2021** |
| Dispositive Motions Due and *Daubert* Challenge Deadline | **August 19, 2021** |
| Fact and Expert Discovery Cut-Off | **June 1, 2021** |

SO ORDERED:

                                                  s/Clifton L. Corker
                                                  United States District Judge