UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RYAN SLOWIK AND VALERIE, SLOWIK, individually and on behalf of their minor children, A.S. and T.S., <br><br>      Plaintiff, <br><br> v. <br><br> KEITH LAMBERT and SHELLI; LAMBERT; <br><br>      Defendants. | Civil Action No. 3:19-cv-501 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Ryan Slowik and Valerie Slowik, individually and on behalf of their minor children, A.S. and T.S., (collectively the "Slowiks") hereby give notice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), of voluntary dismissal of this action without prejudice, as the Defendants have not yet answered the Amended Complaint, to allow the Slowiks the opportunity to seek additional mental health treatment before proceeding with the claims. Further, recognizing that this Court retains jurisdiction over the pending motion for sanctions,[1] the Slowiks expressly preserve their request for a hearing.

---

[1] *See Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 393-94, 110 S. Ct. 2447, 110 L. Ed. 2d 359 (1990).

1

Respectfully submitted this the 14th day of April, 2021.

**Lowe Yeager & Brown, PLLC**

/s/ Christopher Field
Gregory Brown         (BPR # 027944)
Christopher Field     (BPR # 028070)
W. Scott Hickerson    (BPR # 026369)
900 S. Gay Street, Suite 2102
Knoxville, Tennessee 37902
gb@lyblaw.net
ccf@lyblaw.net
wsh@lyblaw.net
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2021, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt including but not limited to those identified below. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Matthew J. Evans (BPR # 017973)<br>Nina M. Eiler (BPR # 033457)<br>**Kay\|Griffin, PLLC**<br>900 S. Gay Street, Suite 1810<br>Knoxville, Tennessee 37902<br>(865) 314-8422<br>Matthew.Evans@kaygriffin.com<br>Neiler@kaygriffin.com<br>*Attorneys for Defendants* | Gary M. Prince (BPR # 010091)<br>7610 Gleason Drive, Suite 200<br>**O'Neil Parker & Williamson, PLLC**<br>Knoxville, Tennessee 37919<br>(865) 546-7190<br>gprince@opw.com<br>*Attorney for Defendants* |

/s/ Christopher Field

4843-5532-7717, v. 3